# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE, COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAULDIN-DORFMEIER CONSTRUCTION COMPANY, INC., et al,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-0063 AWI LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:　August 26, 2005<br>Time:　8:15 a.m.<br>Dept.:　6 (LJO) |

　　　　This Court conducted a July 7, 2005 status conference. Plaintiff St. Paul Fire and Marine Insurance Company appeared by telephone by counsel Todd Bailey, McDonough, Holland & Allen PC. Defendants Mauldin-Dorfmeier Construction, Inc., Alan F. Dorfmeier and Patrick Mauldin appeared by telephone by Lisa Wright and Justin Harris, Walter Law Group. Defendants Valerie Mauldin and Mary Eileen Dorfmeier appeared by telephone by counsel Peter Zeitler, Fishman, Larsen & Goldring.

　　　　The Court and counsel discussed pending bankruptcy court and related matters and agreed to set a further status conference. On the basis of good cause, this Court SETS a telephonic status conference for August 26, 2005 at 8:15 a.m. in Department 6 (LJO). Counsel shall appear at the conference by arranging a conference call and adding the Court at (559) 498-7322. At the status conference, counsel shall be prepared to discuss the status of pending bankruptcy court and related matters and whether to set a scheduling conference. This Court DIRECTS Mr. Harris to file a status report no later than August 19, 2005.

　　　　IT IS SO ORDERED.

**Dated:　July 7, 2005**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill

1  66h44d                                              UNITED STATES MAGISTRATE JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28