**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE, COMPANY, | CASE NO. CV-F-05-0063 AWI LJO |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| MAULDIN-DORFMEIER CONSTRUCTION COMPANY, INC., et al, | Date: September 21, 2005 |
| Defendants. | Time: 8:15 a.m. |
| _____/ | Dept.: 6 (LJO) |

This Court conducted an August 26, 2005 status conference. Plaintiff St. Paul Fire and Marine Insurance Company appeared by telephone by counsel Todd Bailey, McDonough, Holland & Allen PC. Defendants Mauldin-Dorfmeier Construction, Inc., Alan F. Dorfmeier and Patrick Mauldin appeared by telephone by Lisa Wright and Justin Harris, Walter Law Group. Defendants Valerie Mauldin and Mary Eileen Dorfmeier appeared by telephone by counsel Peter Zeitler, Fishman, Larsen & Goldring. Bankruptcy counsel for Mauldin-Dorfmeier Construction, Inc., Scott Beldon, appeared by telephone.

The Court and counsel discussed pending bankruptcy court and related matters and agreed to set a further status conference. On the basis of good cause, this Court SETS a telephonic status conference for September 21, 2005 at 8:15 a.m. in Department 6 (LJO). Counsel shall appear at the conference by arranging a conference call and adding the Court at (559) 498-7322. At the status conference, counsel shall be prepared to discuss the status of pending bankruptcy court and related matters and to set a scheduling conference.

IT IS SO ORDERED.

**Dated:    August 26, 2005**                                    **/s/ Lawrence J. O'Neill**
b9ed48                                                UNITED STATES MAGISTRATE JUDGE

1