ROBERT W. O'CONNOR, ESQ. (CA #096547)
MARY E. OLDEN (CA #109373)
TODD M. BAILEY (CA#109519)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone:          916.444.3900
Fax:    916.442.2780

Attorneys for ST. PAUL FIRE AND
MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation with its principal place of business in Minnesota,<br><br>                Plaintiff,<br><br>   v.<br><br>MAULDIN-DORFMEIER CONSTRUCTION COMPANY, INC., a California corporation with its principal place of business in California; PATRICK K. MAULDIN, a California citizen, individually and as trustee of THE PATRICK AND VALERIE MAULDIN LIVING TRUST; VALERIE MAULDIN, a California citizen, individually and as trustee of THE PATRICK AND VALERIE MAULDIN LIVING TRUST; ALAN F. DORFMEIER, a California citizen, individually and as trustee of THE 1993 DORFMEIER FAMILY TRUST; MARY EILEEN DORFMEIER, a California citizen, individually and as trustee of THE 1993 DORFMEIER FAMILY TRUST,<br><br>                Defendants.<br><br>and related counterclaim | No. 1:05-cv-00063-AWI-LJO<br><br>**STIPULATED ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM**<br><br>[No Hearing Required] |

Having considered the agreement to the terms of this order by plaintiff and counterdefendant St. Paul Fire and Marine Insurance Company ("Plaintiff") and defendants and counterclaimants Mauldin-Dorfmeier Construction Company, Inc., Alan F. Dorfmeier and Patrick K. Mauldin ("Defendants"), through counsel, as is evidenced by the signatures of counsel below, having been informed that Plaintiff and Defendants stipulated in the "Stipulation Extending Time to Respond to Counterclaim," filed August 15, 2005, to extend the time for Plaintiff to respond to the "Counterclaim for Breach of Contract; Breach of Implied Covenant of Good Faith and Fair Dealing; Negligence; Intentional Interference with Prospective Economic Advantage; Negligent Interference with Prospective Economic Advantage; Volunteerism; Breach of Contract re: General Indemnity Agreement, For Declaratory Relief and for Objection to Claims" (the "Counterclaim"), filed July 29, 2005, from August 22, 2005 to and including Augusts 26, 2005, and good cause appearing therefore, it is hereby

ORDERED, pursuant to Local Rule 6-144, that the time for Plaintiff to respond to the Counterclaim is extended from August 26, 2005 to and including September 8, 2005.

IT IS SO ORDERED.

**Dated:   August 29, 2005**             **/s/ Anthony W. Ishii**

0m8i78                                                 UNITED STATES DISTRICT JUDGE

2